

## U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*Priya T. De Souza*
*Direct Dial: (215) 861-8344*
*Facsimile: (215) 861- 8618*
*E-mail Address: priya.desouza@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

February 25, 2020

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    United States v. Elena Ramirez and Matthew Stephens, a/k/a "Montana"
             Criminal No. 20-79

Dear Clerk:

    Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on February 13, 2020.

                                    Very truly yours,

                                    WILLIAM M. MCSWAIN
                                  United States Attorney

                                  Priya T. De Souza
                                  Assistant United States Attorney